UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE fka INNOVATIVE MEDICAL SERVICES,<br><br>　　　　　　　　Plaintiff,<br>v.<br>FALKEN INDUSTRIES, LTD., a New Jersey Corporation<br>　　　　　　　　Defendant. | Civil No. 05cv2020-L (NLS)<br><br>ORDER APPROVING GLOBAL SETTLEMENT AGREEMENT |

　　　The parties to this action appear before the Court by way of their jointly presented "Global Settlement Agreement."  The parties request that the Court approve the agreement and order compliance therewith.

　　　Good cause appearing, **IT IS SO ORDERED**, with the proviso that this Court cannot confer subject matter jurisdiction on any other federal district court as provided in paragraph 1 of the parties' global settlement agreement.

DATED: October 25, 2006

　　　　　　　　　　　　　　　　　　　_/s/ Nita L. Stormes_
　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge