Charles E. Brumfield, Esq. CA SBN 56636
1725 Gillespie Way
El Cajon, California 92020
Telephone: 619-596-8600, ext. 138
Facsimile: 619-596-8790

Attorney for PURE

FILED
2006 NOV 28 PM 3: 46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE BIOSCIENCE, f/k/a INNOVATIVE MEDICAL SERVICES<br><br>Petitioner,<br><br>v.<br><br>FALKEN INDUSTRIES, LTD., a New Jersey corporation,<br><br>Respondent. | Case No.: 05-CV-2020-L (NLS)<br><br>**STIPULATED REQUEST FOR ORDER VACATING JUDGMENT "ON PROCEDURAL GROUNDS"; AND REQUEST FOR DISMISSAL OF ENTIRE ACTION, <u>WITH PREJUDICE</u>**<br><br>Hon. M. James Lorenz presiding |

1  Pursuant to the terms of the approved Global Settlement Agreement on file with this Court, the parties hereto jointly request the Court to vacate "on procedural grounds" the Judgment entered in favor of Pure and against Falken on January 18, 2006.  The parties additionally stipulate to an order dismissing the entire case <u>with prejudice</u>, and each hereby waives any right to appeal or otherwise contest any order of the Court entered pursuant hereto. The parties shall each bear their own fees and costs associated with this litigation.

Respectfully submitted,

_____
Joel S. Seidel,
Counsel to Falken

Dated: November 7, 2006

_____
Charles E. Brumfield,
Counsel to PURE

Dated: November 6, 2006

**ORIGINAL**

IT IS SO ORDERED
DATED 11/28/06

_____
UNITED STATES DISTRICT JUDGE